UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 19-61862-CIV-SMITH**

MALAGA TOWERS CONDOMINIUM
ASSOCIATION, INC.,

        Plaintiff,

vs.

QBE INSURANCE CORPORATION,

        Defendant.

_____/

**ORDER OF FINAL DISMISSAL**

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [DE 42]. Accordingly, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of March, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All counsel of record